```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MURUDUMBAY,

                Plaintiff,

    -v-

29 STREET STONE INC., ET AL.,

                Defendants.

**ORDER**

25-CV-2610 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated June 6, 2025, this case was referred to the undersigned for settlement. ECF No. 20.

    A conference is scheduled on **July 2, 2025**, at **12:30 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 961 654 099#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 9, 2025
       New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge

1