# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JUAN MURUBUMBAY,

                           Plaintiff,                    25 cv-02610(LJL)

        -against-                        RESPONSES TO PLAINTIFF'S
                                                     FIRST NOTICE TO ADMIT

29 STREET STONE INC. and RAFAEL
GAVARTIN,

                           Defendants,

--------------------------------------------------------------x

        The defendants, by their attorney, JAY M. WEINSTEIN., ESQ., responding to the

plaintiff's First request to Admit, set forth as follows:

1. Denied upon information and belief,

2. Denied

3. Admit

4. Admit.

5. Denied.

6. Denied.

7. Denied upon information and belief.

8. Admit

9. Denied upon information and belief.

10. Admit that the plaintiff worked for the defendant, 29 Street Stone Inc. from September,

    2023 to present and he worked for R.G. New York Tile from 2019 until September,

1

2023.

11. Denied.

12. Denied.

13. Denied.

14. Admit.

15. Denied upon information and belief.

16. Denied upon information and belief.

17. Denied upon information and belief.

18. Admit.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied upon information and belief.

25. Denied.

26. Denied.

27. Denied upon information and belief.

28. Denied.

29. Denied upon information and belief.

30. Denied.

Dated: Woodmere, New York
      July 10, 2025

Respectfully submitted,

JAY M. WEINSTEIN
Attorney for Defendants
503 Longacre Avenue
Woodmere, N.Y. 11598
(516) 965-9697

BY: _____
JAY M. WEINSTEIN(jw6064)

To: The Law Office of Jacob Aronauer
    Attorney for Plaintiff
    250 Broadway Suite 600
    New York, N.Y. 10007

INDIVIDUAL VERIFICATION

STATE OF NEW YORK

                    ss.:

COUNTY OF NEW YORK

I, RAFAEL GAVARTIN, being duly sworn, says: I am the President of 29 Street Stone Inc. in the within action; I have read the foregoing Answers to Plaintiff's First Requests to Admit and know the contents thereof; except as to matters therein stated to be alleged on information and belief, as to those matters, I believe it to be true.

The grounds for my belief as to matters not stated upon my own knowledge are as follows: personal knowledge and review of documents.

RAFAEL GAVARTIN

Sworn to before me on
July 10, 2025

NOTARY PUBLIC

JAY M. WEINSTEIN
Notary Public, State of New York
No. 02WE4712770
Qualified in Nassau County
Commission Expires Sept. 30, 2026

File No.   25 cv. 02610(LJL)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MURUDUMBAY

                              Plaintiff,

            -against-

29 STREET STONE INC. and RAFAEL GAVARTIN, individually,

                              Defendants.

RESPONSES TO NOTICE TO ADMIT

JAY M. WEINSTEIN, ESQ.
Attorney for Defendants
503 Longacre Avenue
Woodmere, New York 11598-2307
(516) 965-9697

To:
Attorney for

Service of a copy of the within
is hereby admitted.
Dated:

_____

Attorney for

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JUAN MURUBUMBAY,

                              Plaintiff,                        25 cv-02610(LJL)

              -against-                                         ANSWERS TO FIRST SET
                                                               OF INTERROGATORIES

29 STREET STONE INC. and RAFAEL
GAVARTIN,

                              Defendants,

-----------------------------------------------------------x

   The defendants, by their attorney, JAY M. WEINSTEIN, ESQ., as and for their response to

plaintiff's First set of Interrogatories, set forth as follows:

1. Various employees of the defendant 29 Street Stone, Inc., including but not limited to

  Rafael Gavartin.   All such employees may be contacted only through the undersigned.

2. Both at the office of 29 Street Stone Inc. and the office of the undersigned.

Dated: Woodmere, New York
   July 10, 2025

              Respectfully submitted,

              JAY M. WEINSTEIN
              Attorney for Defendants
              503 Longacre Avenue
              Woodmere, N.Y. 11598
              (516) 965-9697

        BY: _____
          JAY M. WEINSTEIN(jw6064)

1

To: LAW OFFICE OF JACOB ARONAUER
    Attorney for Plaintiff
    250 Broadway Suite 600
    New York, N.Y. 10007

2

<u>INDIVIDUAL VERIFICATION</u>

STATE OF NEW YORK

                    ss.:

COUNTY OF NEW YORK

       I, RAFAEL GAVARTIN, being duly sworn, says: I am the President of 29 Street Stone Inc. in the within action; I have read the foregoing Answers to Plaintiff's First Set of Interrogatories and know the contents thereof; except as to matters therein stated to be alleged on information and belief, as to those matters, I believe it to be true.

       The grounds for my belief as to matters not stated upon my own knowledge are as follows: personal knowledge and review of documents.

                                                       RAFAEL GAVARTIN

Sworn to before me on
July 10, 2025

_____
NOTARY PUBLIC

JAY M. WEINSTEIN
Notary Public, State of New York
No. 02WE4712770
Qualified in Nassau County
Commission Expires Sept. 30, 2026

File No.    25 cv. 02610(LJL)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MURUDUMBAY

Plaintiff,

-against-

29 STREET STONE INC. and RAFAEL GAVARTIN, individually,

Defendants.

ANSWERS TO INTERROGATORIES

JAY M. WEINSTEIN, ESQ.
Attorney for Defendants
503 Longacre Avenue
Woodmere, New York 11598-2307
(516) 965-9697

To:
Attorney for

Service of a copy of the within
is hereby admitted.
Dated:

_____

Attorney for

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

JUAN MURUBUMBAY,

                           Plaintiff,                    25 cv-02610(LJL)

      -against-                        RESPONSE TO FIRST REQUEST
                                          FOR DOCUMENTS AND
29 STREET STONE INC. and RAFAEL      ELECTRONICALLY
GAVARTIN,                           STORED INFORMATION

                        Defendants,

---------------------------------------------------------x

The defendants, by their attorney, JAY M. WEINSTEIN, ESQ. responding to the plaintiff's Request for Documents, set forth as follows;

1. This is a public record for which the plaintiff can access through the New York Secretary of State.

2. The defendants stipulate that the plaintiff was a non-exempt employee as defined by FLSA.

3. It has been admitted that 29 Street Stone was formerly known as R.G. New York Tile Inc.

4. The defendant has previously provided a statement purported to have been signed by the plaintiff as to the working of overtime after March 19, 2021.

5. None.

6. Certain spreadsheets have been previously provided.   The actual timecard records (in excess of 300) s are in the possession of the undersigned.   Samples of some of those timecards

1

were previously provided.

7.  Unknown except that the plaintiff never worked evenings or weekends.

8. None.

9. Previously provided.   See response # 6.

10. A 1099 issued to the plaintiff for the year 2024 was previously provided.

11. None.

12. None.

13. See response #6.

14. See response #6.

15. Not applicable.

16. None.

17. None.

18. See response # 4.

19. None.

20. To be provided.

21. None.

22. None in the possession of the defendant.

23. The only such lawsuit has been identified by the plaintiff in his complaint, and same is a matter of public record.

24. To be provided, if applicable.

Dated: Woodmere, New York
       July 10 , 2025

2

Respectfully submitted,

JAY M. WEINSTEIN
Attorney for Defendants
503 Longacre Avenue
Woodmere, N.Y. 11598
(516) 965-9697

BY: _JAY M. WEINSTEIN(jw6064)_

TO; LAW OFFICE OF JACOB ARONAUER
    Attorney for Plaintiff
    250 Broadway   Suite 600
    New York, N.Y. 10007

3

File No.    25 cv. 02610(LJL)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MURUDUMBAY

                           Plaintiff,

        -against-

29 STREET STONE INC. and RAFAEL GAVARTIN, individually,

                           Defendants.

RESPONSS TO REQUESTS FOR DOCUMENTS

JAY M. WEINSTEIN, ESQ.
Attorney for Defendants
503 Longacre Avenue
Woodmere, New York 11598-2307
(516) 965-9697

To:
Attorney for

Service of a copy of the within
is hereby admitted.
Dated:

_____

Attorney for