```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JUAN MURUDUMBAY,                                                   :
                                                                   :
                                Plaintiff,                         :
                                                                   :       25-cv-02610 (LJL)
        -v-                                                        :
                                                                   :            ORDER
29 STREET STONE INC. ET AL,                                        :
                                                                   :
                                Defendants.                        :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2025

LEWIS J. LIMAN, United States District Judge:

    The Post-Discovery Status Conference previously set for December 2, 2025 is rescheduled to January 6, 2026 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The trial date, final pretrial conference date and dates for pretrial submissions are vacated. The parties should be prepared to discuss new dates at the January conference.

    SO ORDERED.

Dated: November 4, 2025
       New York, New York

                                                     LEWIS J. LIMAN
                                          United States District Judge