UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

JUAN MURUDUMBAY,                                    :
                                                    :
                          Plaintiff,                :
                                                    :           25-cv-2610 (LJL)
         -v-                                        :
                                                    :        MEMORANDUM AND
29 STREET STONE INC., et al,                        :             ORDER
                                                    :
                          Defendants.               :
                                                    :
----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/20/2026

LEWIS J. LIMAN, United States District Judge:

    For the reasons stated on the record at the hearing on February 20, 2026, the settlement

agreement and award of attorneys' fees is approved.

    SO ORDERED.

Dated: February 20, 2026
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                             United States District Judge